UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EDUARDO ESQUIVEL-TORRES**<br>**#33179-077** | **DOCKET NO. 2:25-CV-01194**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **IRS DEPT OF TREASURY** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS ORDERED that that the instant petition be DENIED and DIMISSED for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED in chambers on Monday, November 3, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE